THOMAS M. KING et al., Respondents, *v*. REON BARNES et al., Appellants.

(Argued April 16, 1889; decided May 3, 1889.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made February 11, 1889, which affirmed an order of Special Term appointing a receiver of the New York Transit and Terminal Company (Limited).

*William B. Hornblower* for appellants.

*William W. Mac Farland* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

THOMAS M. KING et al., Appellants, *v*. REON BARNES, Impleaded, etc., Respondent

(Argued April 16, 1889; decided May 3, 1889.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made February 11, 1889, which denied a motion to dismiss an appeal from an order providing for the taking of oral testimony in contempt proceedings before a referee.

*William W. Mac Farland* for appellants.

*William B. Hornblower* for respondent.

Agree to dismiss; no opinion.
All concur.
Appeal dismissed.